**Appeal No.    2021AP780**

**STATE OF WISCONSIN**

Cir. Ct. No.  2020CV67

**IN COURT OF APPEALS
DISTRICT III**

---

MATTHEW MUELLER AND SAMANTHA MUELLER,

    PLAINTIFFS-APPELLANTS,

  V.

LAWRENCE LARSON, MARLENE LARSON, JAMES MUELLER, ELAINE MUELLER, THE CECIL AND DELORES HARTUNG FAMILY TRUST, MARJORIE BRANSON, THOMAS MUELLER AND CINDY MUELLER,

    DEFENDANTS-RESPONDENTS.

FILED

July 7, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. D. T. Ehlers
Circuit Court Judge
Electronic Notice

Connie DeFere
Clerk of Circuit Court
Door County Courthouse
Electronic Notice

Tyler Daniel Pluff
Electronic Notice

Amy Sullivan
Electronic Notice

Justin F. Wallace
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 27 in the above-captioned opinion which was released on June 29, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.